Joseph Martin and Luther Martin, Appellees, v. Nellie Stransenback, Administratrix of Estate of Edward Stransenback, Deceased, Appellant.

Gen. No. 10,232.

opinion filed June 4, 1948; released for publication June 25, 1948. D. M. Gregg and Warner & Warner, for appellant; D. M. Gregg and Henry C. Warner, of counsel; Dixon, Devine, Bracken & Ryan, for appellees; Robert L. Bracken and J. C. Ryan, of counsel. Opinion by JUSTICE BRISTOW. Not to be published in full.

Joseph Jasiek, Appellee, v. George Kolowski, Administrator of Estate of Paul V. Kolowski, Deceased, Appellant.

Gen. No. 10,238.

